# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports.

No. 12
The People &c.,
        Respondent,
    v.
Danny Novas,
        Appellant.

Andrew Stambouldis, for appellant.
Rachel Bond, for respondent.

Order affirmed. Viewing the evidence in the light most favorable to the People, "there is a valid line of reasoning and permissible inferences from which a rational jury could have found" that the defendant violated Vehicle and Traffic Law § 600 (2) (a) (*People v Rouse*, 34 NY3d 269, 274 [2019]). Chief Judge Wilson and Judges Rivera, Garcia, Singas, Cannataro, Troutman and Halligan concur.

Decided February 15, 2024